# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 12-512-02 |
| | : | |
| **MARBIN MANUEL DELEON-NUNEZ** | : | |

## ORDER

**AND NOW**, this 12th day of February, 2015, upon consideration of the agreement of the parties and pursuant to 18 U.S.C. § 3582(c)(2), it is **ORDERED** that the term of imprisonment is reduced to 96 months, effective November 1, 2015.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.